## HOMER COATNEY, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. March 26, 1926.)

No. 7405.

In Error to the District Court of the United States for the Western District of Oklahoma.

John F. Thomas, of Lawton, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.